Entered on Docket
January 25, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: January 25, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

EDDIE R. JIMENEZ (CA SBN 231239)
ALEXIS M. BORNHOFT (CA SBN 270359)
GABRIEL OZEL (CA SBN 269098)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC6

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ROY JAMES TARVER AND KATHRYN JOYCE TARVER,<br><br><br><br><br>Debtor(s). | Case No. 08-47247-EDJ<br><br>Chapter 13<br><br>R.S. No. EXC-084<br><br>ORDER GRANTING ADEQUATE PROTECTION<br><br>DATE: October 22, 2010<br>TIME: 10:00 am<br>CTRM: 215<br><br>Northern District of California - Oakland Division<br>United States Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94604-1426 |

The above-captioned matter came on for hearing on October 22, 2010, at 10:00 AM, in courtroom 215, upon the Motion of U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-BC6 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Roy James Tarver and Kathryn Joyce Tarver ("Debtors") commonly known as 41927 Paseo Padre Parkway, Fremont, California 94539 (the "Real Property"), which is legally described as follows:

- 1 -

SEE LEGAL DESCRIPTION IN DEED OF TRUST ATTACHED AS EXHIBIT B TO MOTION FOR RELIEF FROM STAY, DOCKET ENTRY NUMBER 28.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. Debtors shall tender regular monthly payments in the amount of $ 3,333.60 to Movant, which amount is subject to change, pursuant to the terms of the subject Note (the "Note"), commencing December 1, 2010, and continuing until all such outstanding amounts under the Note are to be paid in full. Payments are to be remitted to:

American Home Mortgage Servicing, Inc.

4600 Regents Blvd., Suite 200

Irving, TX 75063

2. The post-petition arrears are calculated as follows:

| | |
|---|---|
| 3 payments @ $3,333.60 (09/01/2010 – 11/01/2010) | $10,000.80 |
| Accrued Late Charges | $466.56 |
| Less Debtor Suspense | <$1,993.25> |
| Total Arrears | $8,474.11 |

3. In addition to regular monthly payments, Debtors shall also tender payments to Movant in the amount of 1/12th of post-petition arrears ($706.17), commencing December 15, 2010, and continuing through and including November 15, 2011, when all post-petition arrears due and owing under the Note, in the current sum of $8,474.11, are paid in full.

4. If Debtors provides proof of additional post-petition payments received and negotiated by Movant, the requirement to make an additional payment to Movant pursuant to paragraph three (3) herein shall be revised accordingly.

5. Debtors shall maintain real property taxes and real property hazard insurance paid current for the Real Property, and provide proof of said insurance to Movant on a timely basis.

- 2 -

6. The reasonable attorneys fees and costs incurred by Movant in the amount of $950.00 shall be paid through the Debtors Chapter 13 Plan pursuant to an amended proof of claim to be filed by Movant.

7. In the event of any future default on any of the above-described provisions, inclusive of this Order, Movant shall provide written notice to Debtors at Roy James Tarver and Kathryn Joyce Tarver, 41927 Paseo Padre Parkway, Fremont, California 94539, and to Debtors' attorney of record, Corrine Bielejeski, at Law Offices of Patrick L. Forte, 1 Kaiser Plaza #480, Oakland, CA 94612 and Patrick L. Forte, Law Offices of Patrick L. Forte, 1 Kaiser Plaza #480, Oakland, CA 94612-3610, indicating the nature of the default. If Debtors fail to cure the default with certified funds after the passage of ten (10) calendar days from the date said written notice is placed in the mail, then Movant may file an Ex Parte Declaration of Non-Cure and an Order Terminating the Automatic Stay with the court. Upon entry of said Order Terminating the Automatic Stay, the automatic stay shall be immediately terminated as to Movant, and Movant may proceed to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust and pursuant to applicable state law and thereafter commence any action necessary to obtain complete possession of the Real Property without further order or proceeding of this Court.

8. The acceptance by Movant of a late or partial payment shall not act as a waiver of Movant's right to proceed hereunder.

9. In the event that Movant is granted relief from the automatic stay, the 14-day stay provided by Bankruptcy Rule 4001(a)(3) shall be waived.

10. The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Real Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against the Debtors.

11. In the event this case is converted to a Chapter 7 proceeding the Automatic Stay shall be terminated without further notice, order, or proceedings of the court. If the Automatic Stay is terminated as a matter of law, the terms of this Order shall immediately cease in effect

1 | and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against
2 | the property and/or against the Debtors.

3 |     12.    Relief from the Automatic Stay is granted as to the Chapter 13 Trustee, Martha G.
4 | Bronitsky.

5 |     13.    Any notice that Movant shall give to Debtors, or attorney for Debtors, pursuant to
6 | this Order shall not be construed as a communication under the Fair Debt Collection Practices
7 | Act, 15 U.S.C. §1692.

APPROVED AS TO FORM:

DATED: January 20, 2011        /s/Corrine Bielejeski
                                            ATTORNEYS FOR DEBTOR(S)
                                            CORRINE BIELEJESKI

\*\* END OF ORDER \*\*

# COURT SERVICE LIST

**ATTORNEY FOR MOVANT**

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

**DEBTOR(S)**

Roy James Tarver
Kathryn Joyce Tarver
41927 Paseo Padre Parkway
Fremont, CA 94539

**DEBTOR(S) ATTORNEY**

Corrine Bielejeski
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612

**CHAPTER 13 TRUSTEE**

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

**OTHER LIENHOLDER(S)**

AHMSI
c/o Managing and/or Servicing Agent
P.O. Box 44042
Jacksonville, FL 32231-4042

American Home Mortgage Service Inc
c/o Managing and/or Servicing Agent
965 Clock Tower Drive, Ste A
Springfield, IL 62704-1303

**NOTICE ONLY**

U.S. Trustee
Office of the U.S. Trustee/Oak
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612
**SERVED VIA ELECTRONIC FILING**